# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2594EM

_____

Carrie M. Coleman,                              *
                                                *
                    Appellant,                   *
                                                *
        v.                                       *
                                                *
Hazelwood School District; Larry S.             *    Appeal from the United States
Humphries, Superintendent, Hazelwood            *    District Court for the Eastern
School District; Gwendolyn L.                   *    District of Missouri.
Gerhardt, President; Ann Gibbons; Pat           *
McEvoy, Secretary; August A. Busch,             *        [UNPUBLISHED]
Jr., Treasurer; Joseph E. Donahue,              *
Director; James T. Henke, Director;             *
Maria I. Thompson,                              *
                                                *
                    Appellees.                   *

_____

Submitted:  February 10, 1999
    Filed:  February 18, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Carrie M. Coleman appeals the district court's adverse grant of summary judgment on res judicata grounds in this employment discrimination action. We review the district court's ruling under settled standards. Having considered the record in the context of the parties' arguments, we conclude that no error of law

appears in the district court's decision.  Because our review involves the application of well-established principles of law in a fact-intensive case and the parties' briefs show they are thoroughly familiar with the issues before the court, we believe an extensive discussion would serve no useful precedential purpose.  We thus affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.